IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00800-RJC-SCR

| | |
|---|---|
| DANIEL COSTA, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| CPI SECURITY SYSTEMS, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Anthony I. Paronich]" (Doc. No. 2) filed November 21, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 22, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge