IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00800-RJC-SCR

| | | |
|---|---|---|
| DANIEL COSTA, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CPI SECURITY SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Andrew Roman Perrong]" (Doc. No. 8) filed January 18, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 19, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge