UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

DANIEL COSTA, INDIVIDUALLY AND ON
BEHALF OF A CLASS OF ALL PERSONS
AND ENTITIES SIMILARLY SITUATED,

     Plaintiff,

v.

CPI SECURITY SYSTEMS, INC.

     Defendant.

Case No. 3:23-CV-00800

CLASS ACTION

## JOINT NOTICE OF DISMISSAL

Come now, Plaintiff/Counter-Defendant Daniel Costa and Defendant/Counter-Plaintiff

CPI Security Systems, Inc., and hereby voluntarily dismiss this case, with prejudice, as to each

other, pursuant to Rules 41(a)(1)(A)(ii) and (c)(1) of the Federal Rules of Civil Procedure. In

each event, such dismissals are being made with prejudice, with each party to bear its own

respective fees and costs.

Dated: February 20, 2024

s/ Caroline M. Gieser
Caroline M. Gieser
North Carolina Bar No. 51610
cgieser@shb.com
1230 Peachtree Street, Suite 1200
Atlanta, Georgia 30309
(470) 867-6013
*Counsel for Defendant/Counter-Plaintiff*

s/ Andrew Roman Perrong
Andrew Roman Perrong
Pennsylvania Bar No. 333687
(Appearing *Pro Hac Vice*)
a@perronglaw.com
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529 (CALL-LAW)
*Counsel for Plaintiff/Counter-Defendant*